### MERCURY MORTGAGE COMPANY, INC. *v.* NICHOLAS COULOUTE

The defendant's petition for certification for appeal from the Appellate Court (AC 23850) is denied.

*Nicholas Couloute*, pro se, in support of the petition.

Decided July 22, 2003

---

### CONNECTICUT BANK OF COMMERCE *v.* JULIE D. GIORDANO ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 23927) is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Roger J. Frechette*, in support of the petition.

Decided July 22, 2003